1    ARIEL E. STERN, ESQ.
     Nevada Bar No. 8276
2    AKERMAN SENTERFITT LLP
     400 South Fourth Street, Suite 450
3    Las Vegas, Nevada 89101
     Telephone:    (702) 634-5000
4    Facsimile:    (702) 380-8572
     Email: ariel.stern@akerman.com
5
     *Attorneys for Defendants*
6    *Bank of America Home Loans, ReconTrust*
     *Company, N.A., Bank of New York Mellon,*
7    *and Mortgage Registration Systems, Inc.*

8

9               **UNITED STATES DISTRICT COURT**

10                   **DISTRICT OF NEVADA**

11   Luisito Pineda,                         Case No.: 2:10-cv-01958-RLH-PAL

12                         Plaintiff,

13   vs.                                     **NOTICE OF EXTENSION OF TIME FOR
                                             PLAINTIFF TO FILE RESPONSE TO
                                             MOTION TO DISMISS [DKT. 6]**

14   Bank of America Home Loans; Recontrust
     Company; Bank of New York Mellon; Mortgage
15   Electronic Registration Systems, Inc.; and Does 1
     through 100, inclusive,
16
                         Defendants.
17

18          Defendants BAC Home Loans Servicing, LP, improperly named as Bank of America Home

19   Loans ("BAC"), Bank of New York Mellon, Mortgage Electronic Registration Systems, Inc.

20   ("MERS"), and ReconTrust Company, N.A., improperly named as Recontrust Company

21   (collectively "defendants"), have extended Plaintiff's time to file his response to the Motion to

22   Dismiss [Dkt. 6].  The deadline for Plaintiff to file a Response in opposition to Defendants' Motion

23   to Dismiss shall be extended to Friday, January 14, 2011, due to Plaintiff being out of the country at

24   this time.

25   / / /

26   / / /

27

28

*(left margin, vertical)* AKERMAN SENTERFITT LLP  400 SOUTH FOURTH STREET, SUITE 450  LAS VEGAS, NEVADA 89101  TEL.: (702) 634-5000 – FAX: (702) 380-8572

This the parties' first extension of this deadline, and is not intended to cause any delay or prejudice to any party.

Dated this 9th day of December, 2010.

AKERMAN SENTERFITT LLP

  /s/ Ariel E. Stern
ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
HEIDI PARRY STERN
Nevada Bar No. 8873
400 South Fourth Street, Suite 450
Las Vegas, Nevada 89101

IT IS SO ORDERED.

_____

CHIEF U.S. DISTRICT JUDGE
DATED: December 10, 2010

*Attorneys for Defendants*
*Bank of America Home Loans, ReconTrust*
*Company, N.A., Bank of New York Mellon, and*
*Mortgage Registration Systems, Inc.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on the 9th day of December, 2010 and pursuant to Fed. R. Civ. P. 5(b), I served via CM/ECF and/or deposited for mailing in the U.S. Mail a true and correct copy of the foregoing **NOTICE OF EXTENSION OF TIME FOR PLAINTIFF TO FILE RESPONSE TO MOTION TO DISMISS [DKT. 6],** postage prepaid (if necessary) to all parties listed on the U.S. District Court's CM/ECF system.

LUISITO PINEDA
6637 Virtuoso Court
Las Vegas, Nevada 89139

*Pro Se Plaintiff*

  /s/ Stacy Warner
An employee of AKERMAN SENTERFITT LLP

AKERMAN SENTERFITT LLP
400 SOUTH FOURTH STREET, SUITE 450
LAS VEGAS, NEVADA 89101
TEL.: (702) 634-5000 – FAX: (702) 380-8572