ARIEL E. STERN
Nevada Bar No. 8276
DIANA S. ERB
Nevada Bar No. 10580
AKERMAN SENTERFITT LLP
400 South Fourth Street, Suite 450
Las Vegas, Nevada 89101
Telephone:   (702) 634-5000
Facsimile:   (702) 380-8572
Email: ariel.stern@akerman.com
Email: diana.erb@akerman.com

*Attorneys for Defendants*
*Bank of America Home Loans, ReconTrust*
*Company, N.A., Bank of New York Mellon,*
*and Mortgage Registration Systems, Inc.*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| Luisito Pineda,<br><br>                    Plaintiff,<br><br>vs.<br><br>Bank of America Home Loans; Recontrust Company; Bank of New York Mellon; Mortgage Electronic Registration Systems, Inc.; and Does 1 through 100, inclusive,<br><br>                    Defendants. | Case No.: 2:10-cv-01958-RLH-PAL<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANTS TO FILE REPLY TO RESPONSE TO MOTION TO DISMISS [DKT. 12]**<br><br>**(First Request)** |

Defendants BAC Home Loans Servicing, LP, improperly named as Bank of America Home Loans ("BAC"), Bank of New York Mellon, Mortgage Electronic Registration Systems, Inc. ("MERS"), and ReconTrust Company, N.A., improperly named as Recontrust Company (collectively "defendants"), and Plaintiff, Luisito Pineda, have stipulated to extend Defendants' time to file their Reply to Response to the Motion to Dismiss [Dkt. 12]. The deadline for Defendants to file a Reply to Plaintiff's Response in Opposition to Defendants' Motion to Dismiss shall be extended thirty (30) days to Thursday, February 24, 2011 as counsel for Defendants will be out of the country. The Motion to Dismiss [Dkt. 6] was originally filed on November 22, 2010.

///

This the parties' first request of extension of this deadline, and is not intended to cause any delay or prejudice to any party.

DATED this ___ day of February, 2011.   DATED this ___ day of February, 2011.

**AKERMAN SENTERFITT LLP**   **LUISITO PINEDA**

/s/ Ariel E. Stern   *[signature]*
ARIEL E. STERN, ESQ.   LUISITO PINEDA
Nevada Bar No. 8276   6637 Virtuoso Court
DIANA S. ERB   Las Vegas, Nevada  89139
Nevada Bar No. 10580
400 South Fourth Street, Suite 450   *Pro Se Plaintiff*
Las Vegas, Nevada  89101

*Attorneys for Defendants*
*Bank of America Home Loans, ReconTrust*
*Company, N.A., Bank of New York Mellon, and*
*Mortgage Registration Systems, Inc.*

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

DATED: February 14, 2011

{LV018901;3}                           2