ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
HEIDI PARRY STERN, ESQ.
Nevada Bar No. 8873
CHRISTINA S. BHIRUD, ESQ.
Nevada Bar No. 11462
AKERMAN SENTERFITT LLP
400 South Fourth Street, Suite 450
Las Vegas, Nevada 89101
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: ariel.stern@akerman.com
Email: heidi.stern@akerman.com
Email: christina.bhirud@akerman.com

*Attorneys for Defendants*
*Bank of America Home Loans, ReconTrust Company, N.A., Bank of New York Mellon, and Mortgage Registration Systems, Inc.*

AKERMAN SENTERFITT LLP
400 SOUTH FOURTH STREET, SUITE 450
LAS VEGAS, NEVADA 89101
TEL.: (702) 634-5000 – FAX: (702) 380-8572

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| Luisito Pineda,<br>Plaintiff,<br>vs.<br>Bank of America Home Loans; Recontrust Company; Bank of New York Mellon; Mortgage Electronic Registration Systems, Inc.; and Does 1 through 100, inclusive,<br>Defendants. | Case No: 2:10-cv-01958-RLH-PAL<br><br>**ORDER CANCELING LIS PENDENS** |

This Court issued an Order granting Defendants BAC Home Loans Servicing, LP, improperly named as Bank of America Home Loans ("BAC"), Bank of New York Mellon, Mortgage Electronic Registration Systems, Inc. ("MERS"), and ReconTrust Company, N.A., improperly named as Recontrust Company's (collectively "Defendants") Motion to Dismiss on May 20, 2011 [Dkt. 18].

Defendants request that the lis pendens Plaintiff Luisito Pineda recorded against the subject property be canceled.

The Court finds that Plaintiff Luisito Pineda recorded a Notice of Pending Action ("Lis

AKERMAN SENTERFITT LLP
400 SOUTH FOURTH STREET, SUITE 450
LAS VEGAS, NEVADA 89101
TEL.: (702) 634-5000 – FAX: (702) 380-8572

Pendens") on or about October 7, 2010, as Instrument No. 20101007-0001472 in the real property records maintained by the Clark County Recorder. A copy of the Lis Pendens is attached hereto at **Exhibit A** and fully incorporated by reference.

Upon consideration of Defendants' request to cancel the above referenced Lis Pendens, and good cause appearing therefore, the Court hereby grants Defendants their requested relief and rules as follows:

1. It is ordered, adjudged and decreed that the above referenced Lis Pendens is hereby cancelled, released, and expunged.

2. It is further ordered, adjudged and decreed that this Order canceling the above referenced Lis Pendens has the same effect as an expungement of the original Lis Pendens.

3. It is further ordered, adjudged and decreed that Defendants record a properly certified copy of this Cancellation Order in the real property records of Clark County, Nevada within a reasonable amount of time from the date of this Order's issue.

APPROVED:

Roger L. Hunt
UNITED STATES DISTRICT JUDGE

Dated: May 26, 2011.

Submitted by:

**AKERMAN SENTERFITT LLP**

/s/ Christina S. Bhirud
ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
HEIDI PARRY STERN, ESQ.
Nevada Bar No. 8873
CHRISTINA S. BHIRUD, ESQ.
Nevada Bar No. 11462
400 South Fourth Street, Suite 450
Las Vegas, Nevada 89101

*Attorneys for Defendants*
*Bank of America Home Loans, ReconTrust Company, N.A., Bank of New York Mellon, and Mortgage Registration Systems, Inc.*

# EXHIBIT "A"

EXHIBIT "A"

{LV019883;1}



Inst #: 201010070001472
Fees: $15.00
N/C Fee: $0.00
10/07/2010 11:13:27 AM
Receipt #: 531754
Requestor:
LUISITO F PINEDA
Recorded By: ADF Pgs: 2
DEBBIE CONWAY
CLARK COUNTY RECORDER

APN# 176-14-110-023

11-digit Assessor's Parcel Number may be obtained at:
http://redrock.co.clark.nv.us/assrrealprop/ownr.aspx

NOTICE OF LIS PENDENS

**Type of Document**
(Example: Declaration of Homestead, Quit Claim Deed, etc.)

**Recording Requested By:**

**Return Documents To:**

Name LUISITO F. PINEDA

Address 6637 VIRTUOSO CT

City/State/Zip LAS VEGAS NV. 89139

This page added to provide additional information required by NRS 111.312 Section 1-2

(An additional recording fee of $1.00 will apply)

This cover page must be typed or printed clearly in black ink only.

Luisito Pineda
6637 Virtuoso Court
Las Vegas, Nevada 89139
(702) 234-0863
Plaintiff in proper person

FILED
Oct 5 1 41 PM '10
CLERK OF THE COURT

**DISTRICT COURT**

**CLARK COUNTY, NEVADA**

Luisito Pineda,

Plaintiff,

vs.

Bank of America Home Loans; Recontrust Company; Bank of New York Mellon; Mortgage Electronic Registration Systems, Inc.; and Does 1 through 100, inclusive,

Defendants.

Case No.: A-10-626730-C

Dept. No.: XXI

**NOTICE OF LIS PENDENS**

**NOTICE IS HEREBY GIVEN** that the above-entitled action concerning and affecting real property as described herein was commenced in the above-entitled court on October 5, 2010 by Luisito Pineda, Plaintiff, against Bank of America Home Loans; Recontrust Company; Bank of New York Mellon; and Mortgage Electronic Registration Systems, Inc., Defendants. The action is now pending in the above-named court. The action concerns title to specific real property identified in the Complaint situated in Clark County, Nevada, commonly known as 6637 Virtuoso Court, Las Vegas, Nevada 89139, APN 176-14-110-023, and more particularly described as: SONATA WITHIN PINNACLE PEAKS PHASE 1 PLAT BOOK 112 PAGE 61 LOT 52 BLOCK 1 SEC 14 TWP 22 RNG 60.

Dated this 5th day of October, 2010.

[signature]

Luisito Pineda
6637 Virtuoso Court
Las Vegas, Nevada 89139
(702) 234-0863
Plaintiff in proper person